UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT SOLOMON,<br><br>                Plaintiff,<br><br>v.<br><br>AMERICAN FEDERATION OF STATE,<br>COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 37,<br>AFL-CIO,<br><br>                Defendant. | *No.*   1:19-cv-06823<br>*Judge* |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Jeffrey M. Schwab hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for in the above-captioned action. I am in good standing of the bar of the state of Illinois and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 23, 2019

                                        */s/ Jeffrey M. Schwab*
                                        Jeffrey M. Schwab
                                        Liberty Justice Center
                                        190 South LaSalle Street, Suite 1500
                                        Chicago, Illinois 60603
                                        Phone: (312) 263-7668
                                        jschwab@libertyjusticecenter.org

                                        *Lead Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT SOLOMON,<br><br>      Plaintiff,<br><br>v.<br><br>AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 37, AFL-CIO,<br><br>      Defendant. | *No.*<br>*Judge* |

## AFFIDAVIT SUPPORTING ADMISSION PRO HAC VICE

I, Jeffrey M. Schwab, having been duly sworn, state the following:

(A)   I have never been convicted of a felony.
(B)   I have never been censured, disbarred, or denied admission or readmission by any court.
(C)   I am not currently subject to any disciplinary proceedings against me.

Dated: July 22, 2019

 

_____
Jeffrey M. Schwab
Liberty Justice Center
190 South LaSalle Street, Suite 1500
Chicago, Illinois 60603
Phone: (312) 263-7668
jschwab@libertyjusticecenter.org

*Lead Counsel for Plaintiff*

*Subscribed and sworn before me*

7/22/19 _____ *(date)*

[signature] *(notary public signature)*

JORDAN A. SPERANDO
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
August 09, 2021

Jordan Sperando *(notary public name)*

08/09/21 _____ *(notary public commission expiration)*

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Jeffrey Michael Schwab

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/09/2006 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 12th day of July, 2019.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT SOLOMON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 37, AFL-CIO,<br><br><br>　　　　　Defendant. | *No.*<br>*Judge* |

# ORDER FOR ADMISSION PRO HAC VICE

The motion of Jeffrey M. Schwab for admission to practice Pro Hac Vice in the above captioned matter is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Illinois and that his contact information is as follows:

> Jeffrey M. Schwab
> Liberty Justice Center
> 190 South LaSalle Street, Suite 1500
> Chicago, Illinois 60603
> Phone: (312) 263-7668
> jschwab@libertyjusticecenter.org

Applicant having requested admission Pro Hac Vice to appear for all purposes for plaintiff Scott Solomon in the above entitled petition,

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern

District of New York.  All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2019

_____
United States District / Magistrate Judge

District of New York.  All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2019

_____
United States District / Magistrate Judge