UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT SOLOMON,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, DISTRICT COUNCIL 37, AFL-CIO,<br><br>Defendant. | 19cv6823<br><br>*No.*<br>*Judge*<br> |

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Jeffrey M. Schwab for admission to practice Pro Hac Vice in the above captioned matter is granted.

Applicant has declared that he is a member in good standing of the bar of the state of Illinois and that his contact information is as follows:

>Jeffrey M. Schwab
>Liberty Justice Center
>190 South LaSalle Street, Suite 1500
>Chicago, Illinois 60603
>Phone: (312) 263-7668
>jschwab@libertyjusticecenter.org

Applicant having requested admission Pro Hac Vice to appear for all purposes for plaintiff Scott Solomon in the above entitled petition,

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern

District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: JUL 25 2019

_George B Daniels_
United States District / Magistrate Judge