UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SCOTT SOLOMON, :
:
                          Plaintiff, :
:
    -against- : ORDER
:
AMERICAN FEDERATION OF STATE, : 19 Civ. 6823 (GBD)
COUNTY AND MUNICIPAL EMPLOYEES, :
DISTRICT COUNCIL 37, AFL-CIO, :
:
                          Defendant. :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    The Plaintiff's request that the Court stay all further proceedings in this case until a decision by the United States Court of Appeals for the Second Circuit on an *en banc* petition in *Wholean v. CSEA SEIU Local 2001*, No. 19-1563, (ECF No. 18), is DENIED. The Defendant shall file any motion to dismiss by July 31, 2020. A conference is hereby scheduled for October 21, 2020 at 9:45 am.

    The Clerk of Court is hereby directed to remove this action from the suspense docket.

Dated: New York, New York
       May 14, 2020

                                            SO ORDERED.

                                            *George B. Daniels*
                                            GEORGE B. DANIELS
                                            United States District Judge