# BREDHOFF & KAISER, P.L.L.C.

Bruce R. Lerner
Andrew D. Roth
Douglas L. Greenfield
Roger Pollak
Anne Ronnel Mayerson
Leon Dayan
Devki K. Virk
Robert Alexander
Matthew Clash-Drexler
Abigail V. Carter
Joshua B. Shiffrin
Jenifer A. Cromwell
Ramya Ravindran
Jacob Karabell
Caitlin Kekacs

*Attorneys & Counselors*

805 Fifteenth Street NW – Suite 1000
Washington, D.C. 20005
(202) 842-2600 TEL
(202) 842-1888 FAX
www.bredhoff.com

Elliot Bredhoff
(1921 – 2004)
Henry Kaiser
(1911 - 1989)

Adam Bellotti
Joshua A. Segal
Elisabeth Oppenheimer
Georgina C. Yeomans
April H. Pullium
Dana M. Krohn
_____
Richard F. Griffin, Jr.
Kathleen Keller
Philip C. Andonian
Deva A. Kyle
Of Counsel
_____
Robert M. Weinberg
Julia Penny Clark
Jeffrey R. Freund
Jeremiah A. Collins
Mady Gilson
John M. West
Senior Counsel

June 10, 2020

**VIA ECF Only**
The Honorable George B. Daniels
U.S. District Court for the Southern
    District of New York
500 Pearl Street, Room 1310
New York, NY 10007

> **Re: Defendant's Motion To Dismiss in** *Solomon v. AFSCME District Council 37*, **No. 1:19-cv-06823-GBD**

Dear Judge Daniels:

I represent Defendant AFSCME District Council 37 in the above-referenced case. I write to inform the Court that, in light of Plaintiff's acknowledgment that the Second Circuit's decision in *Wholean v. CSEA SEIU Local 2001*, 955 F.3d 332 (2d Cir. 2020)—in which the appellants' petition for rehearing *en banc* was denied on June 9—requires this Court to grant Defendant's motion to dismiss, Defendant will not be filing a reply brief in support of its motion.

> Respectfully submitted,
>
> /s/ Jacob Karabell
> *Counsel for Defendant AFSCME District Council 37*

CC: All counsel of record (via ECF)