**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SCOTT SOLOMON,

                      Plaintiff,

    -against-                                      19 **CIVIL** 6823 (GBD)

                                                    **JUDGMENT**

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
DISTRICT COUNCIL 37, AFL-CIO,

                      Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 13, 2020, Defendant's motion to dismiss, (ECF No. 23), is granted.

**Dated:**  New York, New York
           October 14, 2020

                                                         **RUBY J. KRAJICK**
                                                       _____
                                                         **Clerk of Court**
                                      **BY:**
                                                       _____
                                                            **Deputy Clerk**